

# NUMBER 13-22-00516-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

## IN RE ECONOMIC DEVELOPMENT CORPORATION
## OF WESLACO, INC.

## On Petition for Writ of Mandamus.

# ORDER

**Before Chief Justice Contreras and Justices Tijerina and Silva**
**Order Per Curiam**

On October 25, 2022, relator Economic Development Corporation of Weslaco, Inc. (EDC), filed a petition for writ of mandamus contending that the trial court abused its discretion by (1) "issuing the October 6, 2020 Order Denying the EDC's Motion to Compel Production, and/or the August 29, 2022 Order Denying EDC's Rules of Civil Procedure, Rule 193.3 Motion to Compel a Privilege Log"; and (2) "issuing the October 6, 2020 Order Granting Defendant Wadhwani's Motion to Stay Discovery, or in the alternative, issuing its August 29, 2022 Order Denying EDC's Motion Requesting Partial Lifting of the Stay of

Discovery."

The Court requests that the real parties in interest, Sunil Wadhawani, Nolana Self-Storage, LLC, Harjinder Singh, Gerardo Tafolla, and Ricardo Quintanilla, or any others whose interest would be directly affected by the relief sought, file a response to the petition for writ of mandamus on or before the expiration of ten days from the date of this order. *See* TEX. R. APP. P. 52.2, 52.4, 52.8.

PER CURIAM

Delivered and filed on the
26th day of October, 2022.